**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Daniel S. Guerra (State Bar No. 267559)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
   dguerra@bursor.com
   jglatt@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASSIA GEORGOPOULOS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LANGERS JUICE COMPANY, INC., <br><br> Defendant. | Case No.: 3:25-cv-06514-AGT <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Anastassia Georgopoulos hereby voluntarily dismisses her claims, without prejudice, against Defendant Langers Juice Company, Inc. Each party shall bear its own costs.

Dated: August 28, 2025              **BURSOR & FISHER, P.A**.

By:   /s/ *L. Timothy Fisher*
            L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Daniel S. Guerra (State Bar No. 267559)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
            dguerra@bursor.com
            jglatt@bursor.com

*Attorneys for Plaintiff*